■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP JENNINGS, Appellant. [828 NYS2d 226]—Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on or about September 14, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Sullivan, Nardelli and Catterson, JJ.